IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO.: 2:14-CV-00006-FL

| | | |
|---|---|---|
| **SEA HORSE REALTY &** | ) | |
| **CONSTRUCTION, INC.,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CITIMORTGAGE, INC.,** | ) | |
| | ) | |
| **Appellee.** | ) | |
| _____ | ) | |

For cause shown in the foregoing motion, it is **ORDERED** that the above-captioned appeal is hereby dismissed.

This the 19th day of March, 2014.

_____
The Honorable Louise W. Flanagan
United States District Court Judge